74 A.3d 117

COMMONWEALTH of Pennsylvania, Respondent

v.

Nicholas COIA, Petitioner.

Supreme Court of Pennsylvania.

Aug. 28, 2013.

*ORDER*

PER CURIAM.

**AND NOW,** this 28th day of August, 2013, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** Petitioner's constitutional sentencing claim. Further, the Superior Court's decision affirming the imposition of a sentence of mandatory life imprisonment without the possibility of parole is **VACATED,** and the matter is **REMANDED** to the Superior Court to remand to the Philadelphia County Court of

Common Pleas for a new sentencing hearing pursuant to *Commonwealth v. Batts,* 620 Pa. 115, 66 A.3d 286 (2013).

Jurisdiction relinquished.

Justice McCAFFERY did not participate in the consideration or decision of this matter.